

January 12, 2004

**Teamsters Union 25
Health Services
& Insurance Plan**

Mr James Rigby
11 Raven St
Dorchester, MA 02125

**TeamstersCare
Member Services**
16 Sever Street
Sullivan Square
Charlestown, MA
02129-1309

Dear Mr Rigby:

As you know, the Fund paid you weekly disability benefits in the amount of $1649.09 from December 2, 2003 through December 26, 2003.

Our records indicate you returned to work on December 2, 2003. This resulted in an overpayment to you of $1649.09 for the period of December 2, 2003 through December 26, 2003.

**Telephone**
*local:* 617-241-9220
*in MA:* 1-800-442-9939
*outside MA:* 1-800-225-6135

**Fax**
617-241-8168

www.teamsterscare.com

Please send a check for $1649.09 to the Fund Office immediately. Enclosed is a stamped return envelope for your convenience.

If you have any questions regarding this matter, please call the Fund Office.

Sincerely,

**Union Trustees**
Ritchie E. Reardon
*Co-Chairman*
Mark A. Harrington
Lou DiGiampaolo

Janet Dessie
Member Services
Enclosure

**Employer Trustees**
John J. Shaughnessy, Sr.
*Co-Chairman*
Charles F. Arbing
Thomas K. Wotring

**Executive Director**
Rodney G. Smith

**Associate Fund Director
– Operations**
Daniel J. Sullivan, R.Ph.

**Associate Fund Director
– Clinical Services**
Carol A. Blanchard, D.D.S.

50