



Check Enclosed

RECEIVED FEB 11 2004 TEAMSTERSCARE

Dear Janet Dessie
I am writing you to let you know that I will have to Repay this money as I get it Because of the Brain operation I received I am have a Tough Time geting my famly Back on our feet and will send money as I go Along I am sorry for any mistake it was an oversite on my part Please allow me the The Time to make this Right
Thankyou    James L Rigby

1-888-FUTURITY (388-8748), Option 2