

Carol A. Blanchard, D.D.S.
Associate Fund Director
– Clinical Services

March 23, 2004

**Teamsters Union 25**
**Health Services**
**& Insurance Plan**

**TeamstersCare**
**Executive Offices**
16 Sever Street
Sullivan Square
Charlestown, MA
02129-1309

**Telephone**
*local:* 617-241-9220
*in MA:* 1-800-442-9939
*outside MA:* 1-800-225-6135

**Fax**
617-242-6950

www.teamsterscare.com

**Union Trustees**
Ritchie E. Reardon
*Co-Chairman*
Mark A. Harrington
Lou DiGiampaolo

**Employer Trustees**
John J. Shaughnessy, Sr.
*Co-Chairman*
Charles F. Arbing
Thomas K. Wotring

**Executive Director**
Rodney G. Smith

**Associate Fund Director**
**– Operations**
Daniel J. Sullivan, R.Ph.

**Associate Fund Director**
**– Clinical Services**
Carol A. Blanchard, D.D.S.

James Rigby
11 Raven Street
Dorchester, MA 02125

Dear Mr. Rigby:

I am writing as a follow-up to the telephone conversation that you had with Colleen Sullivan earlier today. As you know, the Fund paid you weekly disability benefits in the amount of $1,649.09 for the period December 2, 2003 through December 26, 2003, to which you were not entitled since you returned to work on December 2, 2003.

As you requested, and discussed with Colleen, the Fund is able to set up a repayment schedule for you as follows:

| Date | Description | Amount |
|---|---|---|
|  | Beginning balance | $1,649.09 |
| 4/01/04 | Down Payment | -299.09 |
|  | Remaining balance | 1,350.00 |
| 5/01/04 | Payment #1 | -225.00 |
|  | Remaining balance | 1,125.00 |
| 6/01/04 | Payment #2 | -225.00 |
|  | Remaining balance | 900.00 |
| 7/01/04 | Payment #3 | -225.00 |
|  | Remaining balance | 675.00 |
| 8/01/04 | Payment #4 | -225.00 |
|  | Remaining balance | 450.00 |
| 9/01/04 | Payment #5 | -225.00 |
|  | Remaining balance | 225.00 |
| 10/01/04 | Payment #6 | -225.00 |
|  | Ending balance | 0.00 |

We received your initial check in the amount of $145. Please send a check in the amount of $154.09 by April 1, 2004 to complete the required down payment.

50

As long as you comply with these terms, we will not involve our attorneys. However, if you do not comply with these terms, we will have no choice, but to turn this matter over to our attorneys for collection.

If you have any questions regarding this issue, please feel free to contact us at the Fund office.

Yours truly,

Carol A. Blanchard, D.D.S.
Associate Fund Director

