```
JAMES L RIGBY                                                    731
  ...LEEN M. RIGBY
1...AVEN ST, NO 3                    3/28/04           5-7022/2110
DORCHESTER, MA 02125                         DATE

PAY TO THE
ORDER OF   Teamster care              | $ 300.00

           Three Hundred 00/p           DOLLARS

Meetinghouse Co-operative Bank
  2250 DORCHESTER AVENUE
  DORCHESTER, MASS. 02124

FOR  Exstortion Demand        James L Rigby

⑆211070227⑆ 80 8032312⑈  0731
```


RECEIVED APR 05 2004 TEAMSTERSCARE 50