


May 26, 2004

**Teamsters Union 25 Health Services & Insurance Plan**

**TeamstersCare Member Services**
16 Sever Street
Sullivan Square
Charlestown, MA
02129-1309

**Telephone**
*local:* 617-241-9220
*in MA:* 1-800-442-9939
*outside MA:* 1-800-225-6135

**Fax**
617-241-8168

www.teamsterscare.com

**Union Trustees**
Ritchie E. Reardon
*Co-Chairman*
Mark A. Harrington
Lou DiGiampaolo

**Employer Trustees**
John J. Shaughnessy, Sr.
*Co-Chairman*
Charles F. Arbing
Thomas K. Wotring

**Executive Director**
Rodney G. Smith

**Associate Fund Director – Operations**
Daniel J. Sullivan, R.Ph.

**Associate Fund Director – Clinical Services**
Carol A. Blanchard, D.D.S.

Mr. James L. Rigby
11 Raven Street
Dorchester, MA 02125

Dear Mr. Rigby:

As of this date, we have not received your payment of $225.00 which was due on May 1, 2004. Since you have not made payments in compliance with the repayment plan established for you, I have no other choice than to demand payment for the entire outstanding balance of $1,204.09. If I do not receive your payment for the full amount on or before June 10, 2004, I will forward your account to our attorneys for collection.

I have enclosed a copy of a letter dated March 23, 2003, in which Dr. Carol Blanchard, Associate Fund Director, explained the terms of repayment. I have also included a Statement of Account showing the $1,204.09 balance. Please feel free to call me at 617-241-9220 if you wish to discuss this matter.

Sincerely,

Charles C. Burr
Controller

Enclosures

50

**James L. Rigby**
**Statement of Account**
**May 26, 2004**

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Beginning balance | | 1,649.09 |
| 01/21/04 | Check #689 | -145.00 | 1,504.09 |
| 03/28/04 | Check #731 | -300.00 | 1,204.09 |
| 05/01/04 | Payment due | -225.00 | 979.09 |
| 06/01/04 | Payment due | -225.00 | 754.09 |
| 07/01/04 | Payment due | -225.00 | 529.09 |
| 08/01/04 | Payment due | -225.00 | 304.09 |
| 09/01/04 | Payment due | -225.00 | 79.09 |
| 10/01/04 | Payment due | -79.09 | 0.00 |






Carol A. Blanchard, D.D.S.
Associate Fund Director
– Clinical Services

Teamsters Union 25
Health Services
& Insurance Plan

TeamstersCare
Executive Offices
16 Sever Street
Sullivan Square
Charlestown, MA
02129-1309

Telephone
*local:* 617-241-9220
*in MA:* 1-800-442-9939
*outside MA:* 1-800-225-6135

Fax
617-242-6950

www.teamsterscare.com

Union Trustees
Ritchie E. Reardon
*Co-Chairman*
Mark A. Harrington
Lou DiGiampaolo

Employer Trustees
John J. Shaughnessy, Sr.
*Co-Chairman*
Charles F. Arbing
Thomas K. Wotring

Executive Director
Rodney G. Smith

Associate Fund Director
– Operations
Daniel J. Sullivan, R.Ph.

Associate Fund Director
– Clinical Services
Carol A. Blanchard, D.D.S.

March 23, 2004

James Rigby
11 Raven Street
Dorchester, MA 02125

Dear Mr. Rigby:

I am writing as a follow-up to the telephone conversation that you had with Colleen Sullivan earlier today. As you know, the Fund paid you weekly disability benefits in the amount of $1,649.09 for the period December 2, 2003 through December 26, 2003, to which you were not entitled since you returned to work on December 2, 2003.

As you requested, and discussed with Colleen, the Fund is able to set up a repayment schedule for you as follows:

| Date | Description | Amount |
|---|---|---|
| | Beginning balance | $1,649.09 |
| 4/01/04 | Down Payment | -299.09 |
| | Remaining balance | 1,350.00 |
| 5/01/04 | Payment #1 | -225.00 |
| | Remaining balance | 1,125.00 |
| 6/01/04 | Payment #2 | -225.00 |
| | Remaining balance | 900.00 |
| 7/01/04 | Payment #3 | -225.00 |
| | Remaining balance | 675.00 |
| 8/01/04 | Payment #4 | -225.00 |
| | Remaining balance | 450.00 |
| 9/01/04 | Payment #5 | -225.00 |
| | Remaining balance | 225.00 |
| 10/01/04 | Payment #6 | -225.00 |
| | Ending balance | 0.00 |

We received your initial check in the amount of $145. Please send a check in the amount of $154.09 by April 1, 2004 to complete the required down payment.

50

As long as you comply with these terms, we will not involve our attorneys. However, if you do not comply with these terms, we will have no choice, but to turn this matter over to our attorneys for collection.

If you have any questions regarding this issue, please feel free to contact us at the Fund office.

Yours truly,

Carol A. Blanchard, D.D.S.
Associate Fund Director



**Teamsters Union 25**
**Health Services & Insurance** [illegible]
16 Sever Street
Charlestown, MA 02129-1309

ADDRESS SERVICE REQUESTED

CERTIFIED MAIL

7099 3400 0010 8720 3551




Mr. Ja[illegible] Rigby
1[illegible]ven Street
[illegible]orchester, MA 02125

NL 5-27

RTW 6-11

02125+1223
02125+3408 32

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS. FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. James L. Rigby
11 Raven Street
Dorchester, MA 02125

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7099 3400 0010 8720 3551

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0010 8720 3551

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee | |

5/26/04

Mr. James L. Rigby
11 Raven Street
Dorchester, MA 02125

PS Form 3800, July 1999 See Reverse for Instructions