

July 23, 2004

**Teamsters Union 25
Health Services
& Insurance Plan**

Mr. James L. Rigby
11 Raven Street
Dorchester, MA 02125

**TeamstersCare
Member Services**
16 Sever Street
Sullivan Square
Charlestown, MA
02129-1309

Dear Mr. Rigby:

As of this date, we have not received your last two payments of $225.00 each, which were due on June 1st and July 1st, 2004. Since you have not made payments in compliance with the repayment plan established for you, I have no other choice than to demand payment for the entire outstanding balance of $904.09. If I do not receive your payment for the full amount on or before August 10, 2004, I will forward your account to our attorneys for collection.

**Telephone**
*local:* 617-241-9220
*in MA:* 1-800-442-9939
*outside MA:* 1-800-225-6135

I have enclosed a copy of a letter dated March 23, 2003, in which Dr. Carol Blanchard, Associate Fund Director, explained the terms of repayment. I have also included a Statement of Account showing the $904.09 balance. Please feel free to call me at 617-241-9220 if you wish to discuss this matter.

**Fax**
617-241-8168

www.teamsterscare.com

Sincerely,

Charles C. Burr
Controller

**Union Trustees**
Ritchie E. Reardon
*Co-Chairman*
Mark A. Harrington
Lou DiGiampaolo

**Employer Trustees**
John J. Shaughnessy, Sr.
*Co-Chairman*
Charles F. Arbing
Thomas K. Wotring

**Executive Director**
Rodney G. Smith

**Associate Fund Director
— Operations**
Daniel J. Sullivan, R.Ph.

**Associate Fund Director
— Clinical Services**
Carol A. Blanchard, D.D.S.

Enclosures

50

## James L. Rigby
### Statement of Account
### July 23, 2004

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| | Beginning balance | | 1,649.09 |
| 01/21/04 | Check #689 | -145.00 | 1,504.09 |
| 03/28/04 | Check #731 | -300.00 | 1,204.09 |
| 05/01/04 | Check #769 | -200.00 | 1,004.09 |
| | Check #780 | -100.00 | 904.09 |
| 06/01/04 | Payment due | -225.00 | 679.09 |
| 07/01/04 | Payment due | -225.00 | 454.09 |
| 08/01/04 | Payment due | -225.00 | 229.09 |
| 09/01/04 | Payment due | -229.09 | 0.00 |



Carol A. Blanchard, D.D.S.
Associate Fund Director
– Clinical Services

**Teamsters Union 25
Health Services
& Insurance Plan**

**TeamstersCare
Executive Offices**
16 Sever Street
Sullivan Square
Charlestown, MA
02129-1309

**Telephone**
*local:* 617-241-9220
*in MA:* 1-800-442-9939
*outside MA:* 1-800-225-6135

**Fax**
617-242-6950

www.teamsterscare.com

**Union Trustees**
Ritchie E. Reardon
*Co-Chairman*
Mark A. Harrington
Lou DiGiampaolo

**Employer Trustees**
John J. Shaughnessy, Sr.
*Co-Chairman*
Charles F. Arbing
Thomas K. Wotring

**Executive Director**
Rodney G. Smith

**Associate Fund Director**
– Operations
Daniel J. Sullivan, R.Ph.

**Associate Fund Director**
– Clinical Services
Carol A. Blanchard, D.D.S.

March 23, 2004

James Rigby
11 Raven Street
Dorchester, MA 02125

Dear Mr. Rigby:

I am writing as a follow-up to the telephone conversation that you had with Colleen Sullivan earlier today. As you know, the Fund paid you weekly disability benefits in the amount of $1,649.09 for the period December 2, 2003 through December 26, 2003, to which you were not entitled since you returned to work on December 2, 2003.

As you requested, and discussed with Colleen, the Fund is able to set up a repayment schedule for you as follows:

| Date | Description | Amount |
|---|---|---|
|  | Beginning balance | $1,649.09 |
| 4/01/04 | Down Payment | -299.09 |
|  | Remaining balance | 1,350.00 |
| 5/01/04 | Payment #1 | -225.00 |
|  | Remaining balance | 1,125.00 |
| 6/01/04 | Payment #2 | -225.00 |
|  | Remaining balance | 900.00 |
| 7/01/04 | Payment #3 | -225.00 |
|  | Remaining balance | 675.00 |
| 8/01/04 | Payment #4 | -225.00 |
|  | Remaining balance | 450.00 |
| 9/01/04 | Payment #5 | -225.00 |
|  | Remaining balance | 225.00 |
| 10/01/04 | Payment #6 | -225.00 |
|  | Ending balance | 0.00 |

We received your initial check in the amount of $145. Please send a check in the amount of $154.09 by April 1, 2004 to complete the required down payment.

50

As long as you comply with these terms, we will not involve our attorneys. However, if you do not comply with these terms, we will have no choice, but to turn this matter over to our attorneys for collection.

If you have any questions regarding this issue, please feel free to contact us at the Fund office.

Yours truly,

Carol A. Blanchard, D.D.S.
Associate Fund Director


