AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Rodney G. Smith, Executive Director of Teamsters Union 25 Health Services & Insurance Plan

V.

James L. Rigby

**SUMMONS IN A CIVIL CASE**

CASE **04 12075 RCL**

TO: (Name and address of Defendant)

James L. Rigby
11 Raven Street
Dorchester, MA 02125

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  SEP 28 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date            *Signature of Server*

_____
*Address of Server*



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**
*Suffolk, ss.*

October 13, 2004

I hereby certify and return that on 10/9/2004 at 1:27PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of James L Rigby, , 11 Raven Street  Dorchester, MA 02125 and by mailing 1st class to the above address on 10/9/2004. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $45.52

Deputy Sheriff Arthur Isberg                                    *Deputy Sheriff*