UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RODNEY SMITH**

**V.**                    **CIVIL ACTION NO. 04-12075-RCL**

**JAMES RIGBY**

NOTICE OF DEFAULT

For failure of the defendant, **James Rigby** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 15th day of November, 2004.

TONY ANASTAS, CLERK

By:/s/ Lisa M. Hourihan
November 15, 2004                    Deputy Clerk