UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES L. RIGBY,<br><br>          Defendant. | CIVIL ACTION NO.<br>04-12075-RCL |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, hereby dismisses the above-captioned action without prejudice.

For the Plaintiff,
**RODNEY G. SMITH,
EXECUTIVE DIRECTOR,
TEAMSTERS UNION 25 HEALTH
SERVICES AND INSURANCE PLAN,**
By his attorneys,

_____
Matthew E. Dwyer
B.B.O. #139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy & Facklam, P.C.
One Center Plaza; Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: _November 22, 2004_

## CERTIFICATE OF SERVICE

I, Matthew E. Dwyer, do hereby certify that a true copy of the foregoing document, has been served upon:

James L. Rigby
11 Raven Street
Dorchester, MA  02125

by first class mail, postage prepaid, this _____ day of November 2004.

_____
Matthew E. Dwyer